UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMIRA SALEM #258302,

        Plaintiff,

v.                                            No. 04-72250

DR. SAYHNEY et al.,                  HON. JOHN CORBETT O'MEARA

        Defendants,
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      This matter has come before the Court on the Magistrate Judge's June 9, 2005 Report and Recommendation as well as any objections filed thereto,

      **IT IS ORDERED** that the Reports and Recommendations are **ADOPTED** and entered as the findings and conclusions of this Court.

                                  s/John Corbett O'Meara
                                  John Corbett O'Meara
                                  United States District Judge

Dated: July 13, 2005

Copies:

**Ronald W. Chapman**

**Diane M. Smith**

**Amira Salem**