UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMIRA SALEM,

               Plaintiff,               Case no. 04-72250
                                               HON. JOHN CORBETT O'MEARA

v.

JOAN YUKINS, et al.,

               Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE MORGAN'S
REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Morgan's report and recommendation, filed August 20, 2008, and plaintiff's motion to extend time, filed September 11, 2008. The court having reviewed this matter, including the objections to the report and recommendation filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is accepted and adopted by this Court.

IT IS FURTHER ORDERED that plaintiff's motion to extend time is DENIED.

IT IS FURTHER ORDERED that defendant Sawhney's motion for summary judgment is GRANTED IN PART and that only the claim against her in count one of plaintiff's second amended complaint is allowed to proceed.

IT IS FURTHER ORDERED that defendants' Bryant and Rawlins' motion for summary

judgment is GRANTED IN PART and that only plaintiff's claims against them relating to her treatment for osteopenia are allowed to proceed.

SO ORDERED.

s/John Corbett O'Meara
United States District Judge

Date: September 18, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 18, 2008, by electronic and/or ordinary mail.

s/William Barkholz
Case Manager