UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMIRA SALEM,

        Plaintiff,                Case no. 04-72250
                                        HON. JOHN CORBETT O'MEARA

v.

JOAN YUKINS, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Virginia M. Morgan's Report and Recommendation (document no. 214), filed December 03, 2009. The court having reviewed this matter, including objections filed by plaintiff, and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is accepted and adopted by this court.

IT IS FURTHER ORDERED that Defendant Ronald Nichols, M.D.'s Motion for Summary Judgment(document no. 189), filed August 05, 2009, is GRANTED.

                                                              s/John Corbett O'Meara
                                                              United States District Judge

Date: February 04, 2010

Certificate of Service

    I hereby certify that on February 04, 2010, the foregoing order was served upon counsel of record electronically, and upon plaintiff at Women's Huron Valley Correctional Facility, 3511 Bemis Road, Ypsilanti, MI 48197 by U.S. mail.

                                    s/William Barkholz
                                    Case Manager